**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Reggie Andre BECKTON,
Defendant-Appellant.**

**No. 17-7029**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 22, 2017

Decided: January 11, 2018

Reggie Andre Beckton, Appellant Pro Se. G. Norman Acker, III, Dennis Michael Duffy, Seth Morgan Wood, Assistant United States Attorneys, S. Katherine Burnette, Tobin Webb Lathan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reggie Andre Beckton appeals the district court's text order denying his motion for a show cause order. We have reviewed the record and find no reversible error. Accordingly, we affirm. *See United States v. Beckton,* No. 7:11-cr-00061-BR-1 (E.D.N.C. July 18, 2017).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*